Filed 3/27/24  P. v. Watson CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JUSTIN CHRISTOPHER WATSON,<br><br>    Defendant and Appellant. | 2d Crim. No. B330218<br>(Super. Ct. No. 2020010397)<br>(Ventura County) |

In 2019, 12-year-old S.S. received a series of sexually explicit messages on her cell phone.  She later came home early from a wedding, asked her mother if she could go to the park late one night, and then did not want to attend school.  None of these behaviors were typical for S.S.  Her mother grew concerned.  She took S.S.'s phone and determined that Justin Christopher Watson had sent the explicit messages.  The messages indicated that Watson, then age 21, knew S.S. was a minor.

Watson pleaded guilty to luring a minor (Pen. Code, § 288.3, subd. (a)), and admitted that S.S. was especially

vulnerable (Cal. Rules of Court, rule 4.421(a)(3)) and that he took advantage of a position of trust to commit his crime (*id.*, rule 4.421(a)(11)). The trial court suspended imposition of sentence and placed Watson on two years of formal probation. It also ordered him to serve 365 days in county jail.

We appointed counsel to represent Watson in this appeal. After counsel examined the record, he filed an opening brief that raises no arguable issues. On January 12, 2024, we advised Watson by mail that he had 30 days within which to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Watson's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

BALTODANO, J.

We concur:

GILBERT, P. J.                    YEGAN, J.

2

Bruce A. Young, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.